UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA CHAMPION<br>  Plaintiff<br><br>    V.<br>TRANSPORTATION SAFETY<br>ADMINISTRATION<br><br>  Defendant | CIVIL ACTION NO. 1:10-CV-11568 |

NOTICE OF APPEARANCE

Please enter my appearance as attorney for the plaintiff, Regina Champion, in the above-captioned case.

                              REGINA CHAMPION
                              By her attorney,

                              /Lindsey M. Straus/
                              Lindsey M. Straus, Esquire
                              BBO #554181
                              Law Office of Lindsey M. Straus
                              114 Harwich Road
                              Brewster, MA 02631
                              (508) 896-8008 (telephone)